# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

PCM SALES INC.,

      Plaintiff,

v.

VANTAGE POINT CORPORATION,

      Defendant.

Case No. 18-CV-1230-JPS

**JUDGMENT**

**Jury Verdict**. This action came on for consideration before the Court, presided over by the Honorable J.P. Stadtmueller, for a trial by jury. The issues having been tried, and the jury having rendered a Special Verdict (Docket #66) on July 31, 2019, and the Court having previously considered the parties' motions for summary judgment (Docket #13 and #30):

  **IT IS ORDERED AND ADJUDGED** that Defendant Vantage Point Corporation's motion for summary judgment (Docket #13) be and the same is hereby **DENIED** (Docket #47);

  **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff PCM Sales Inc.'s motion for summary judgment (Docket #30) be and the same is hereby **GRANTED in part** and **DENIED in part** (Docket #47);

  **IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff PCM Sales Inc. entered into a valid, enforceable agreement with Blake Reed (Docket #47 and #65);

  **IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Vantage Point Corporation interfered with Plaintiff PCM Sales Inc.'s contract with Blake Reed (Docket #66);

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Vantage Point Corporation's interference with Plaintiff PCM Sales Inc.'s contract with Blake Reed was not intentional (Docket #66);

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff PCM Sales Inc. shall have and recover nothing from Defendant Vantage Point Corporation; and

**IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED** on the merits, together with Defendant Vantage Point Corporation's costs as may be taxed by the Clerk of the Court.

APPROVED:

J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court

August 2, 2019     *s/ Jodi L. Malek*
Date     By: Deputy Clerk